MARGARET E. MACNAIR, Respondent, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

Argued October 6, 1937; decided October 22, 1937.

*Henry C. Moses* and *Charles J. Nehrbas* for appellant.
*Joshua D. Jones* and *Alfred H. Sarno* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.